IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLES MAESTAS,

    Plaintiff,

v.                                                                                        No. CIV 08-83 JB/ACT

THE WARDEN OF THE BERNALILLO
COUNTY DETENTION CENTER AND
THE MEDICAL DEPARTMENT,

    Defendants.

## ORDER AND JUDGMENT

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition, filed September 18, 2009 (Doc. 20). No objections to the proposed findings and recommended disposition have been filed, and the deadline for filing objections has passed.[1]

**IT IS ORDERED** that: (i) the findings and recommended disposition of the United States Magistrate Judge are adopted by the Court; (ii) Respondent's Motion for Summary Judgment (Docs. 18 and 19) is granted; the petition is denied; and (iii) this action is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The proposed findings and recommended disposition was filed on September 18, 2009. See Doc. 20. A notice of change of address for Petitioner was entered on September 21, 2009. See Doc. 21. The proposed findings and recommended disposition were returned to the Court as undeliverable on October 1, 2009. See Doc. 22. On October 5, 2009, more than one month ago, the proposed findings and recommended disposition were mailed to the new address for Charles Maestas.